UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Lavelle MPNG

ORIGINAL

COMPLAINT      4204

NAME OF PLAINTIFF(S)

GLEESON, J

Griffin Security (Giselle)

RECEIVED
JUL 22 2013
BLOOM, M. PRO SE OFFICE

NAME OF DEFENDANT(S)

This action is brought for discrimination in employment pursuant to (check only those that apply):

✓ _____ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
**NOTE:** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592, the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

_____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117 (amended by the ADA Amendments Act of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

-1-

Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under New York law.

1. Plaintiff resides at:

__630 Gates Avenue Brooklyn, NY #5A__
Street Address

__Kings__, __NY__, __11221__, _____
County    State    Zip Code    Telephone Number

2. Defendant(s) resides at, or its business is located at:

__519 8th 7th Floor__
Street Address

__NY__, __NY__, __NY__, __10018__
County    City    State    Zip Code

3. The address at which I sought employment or was employed by the defendant(s) is:

__519 8th 7th floor__
Street Address

__NY__, __NY__, __NY__, __10018__
County    City    State    Zip Code

4. The discriminatory conduct of which I complain in this action includes *(check only those that apply).*

    _____ Failure to hire.

    _____ Termination of my employment.

    _____ Failure to promote.

    _____ Failure to accommodate my disability.

    __✓__ Unequal terms and conditions of my employment.

    __✓__ Retaliation

    _____ Other acts *(specify):* _____.

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

5. It is my best recollection that the alleged discriminatory acts occurred on:

    _____.
    Date(s)

6. I believe that the defendant(s) *(check one)*

    _____ is still committing these acts against me.

    __✓__ is not still committing these acts against me.

7. Defendant(s) discriminated against me based on my:
    *(check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged)*

    [ ] race _____   [ ] color ✓ _____

    [ ] gender/sex _____      [ ] religion _____

    [ ] national origin _____

    [ ] disability _____

    [ ] age. If age is checked, answer the following:

    I was born in _____. At the time(s) defendant(s) discriminated against me,
                    Year
    I was [ ] more [ ] less than 40 years old. *(check one).*

-3-

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Levelle Ming**
P.O. Box 170021
Brooklyn, NY 11217

From: **New York District Office
33 Whitehall Street
5th Floor
New York, NY 10004**

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2013-00620 | Holly M. Woodyard, Investigator | (212) 336-3643 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____
Kevin J. Berry,
District Director

May 30, 2013
*(Date Mailed)*

Enclosures(s)

cc:
**THE GRIFFIN SECURITY AGENCY, INC.
Attn: Director of Human Resources
519 Eight Avenue, 7th Floor
New York, NY 10018**

| Search email | New | Reply | Delete | Archive | Junk | Sweep | Move to | Categories |
|---|---|---|---|---|---|---|---|---|

**Folders**
Inbox
**Junk 69**
Drafts 2
Sent
**Deleted 19**
New folder

Griffin Lies

Levelle Ming  6/08/13
To: Levelle Ming

**United States District Court**
**Eastern District of New York City**

**Levelle Ming vs Griffin Security Agency (Giselle)**
          **Jury Trial Demanded**

This action is brought for Discrimination in Employment Pursuant to TitleVII 42 U.S.C.
Civil Rights Act of 1991 American with Disabilites act of 1990

**Residence  630 Gates Avenue#5B**
              **Brooklyn,New York 11221**

**Mailing Address**
**P.O.Box 170323**
**Brooklyn,New York 11217**

**Defendants Griffin Security Agency**
**519 Eight Avenue 7th Floor**
**New York,New York 10018**

The Discrimination conduct of which i complain in this action includes
1)Racial Discrimination
2)Retalliation
3)Unequal Terms and conditions
4)Fabricating
5)Impersonating the Security Director
6)Unauthorized use of Authority

It is my best recollection that the alleged discrimintory acts

**Quick views**
Documents
Flagged 2
Photos
Shipping updates
New category

New   Reply   Delete   Archive   Junk   Sweep   Move to   Categories        Levelle Ming

**Griffin lies 2**

Levelle Ming  6/08/13
To: Levelle Ming

Levelle Ming




Facebook
Sign up


Twitter
Sign up

Already on Facebook?
Already on Twitter?

**Folders**
Inbox
**Junk  69**
Drafts  2
Sent
**Deleted  19**
New folder

**Quick views**
Documents
Flagged 2
Photos
Shipping updates
New category

**The Facts of my case are as follows:**

The Very first statement made was i did not call then it changed to i did call
If a employee calls in late that means he will be there to allow the employee to arrive then send him home is not professional however itwas not Authorize.

Mr.Muniz the Security Director informed me he was not aware of anything Giselle Did until it was done.
The Log Book indicates i was sent home by Giselle for talking back to her as written by Field Supervisor Marlon

There was not any phone calls placed to have a additional officer to arrive because i called in late Miss Giselle abused myself with authority she was not issued and if someone was called at 11:00 why would it take them until 3am to arrive
Miss Giselle made some serious mistakes and fabricating is all that can be done while causing me to lose pay.

Miss Giselle has acted in many different capacities that she was not authorize to perform in
Miss Giselle has attempted to retailiate against due to my immediate return to the site the next day and congratulated me as if i won something therfore her second attempt was discussing matters with a project manager that she should not have done which contributed to my removal and her promise another officer she would get him a permanet schedule at the very same site.

The call made to Karl Ranger was confirmed and that call was at 7:30pm i informed Ranger i was at my other job and was being held over and will be there after i get relieved then i called Miss Milagros who was there however in previous statements it was said Giselle was there at 10:00pm and she wasn't not when Milagros said i call at 10:45 and Giselle shifts starts at 11:00

The Facts are many officers painted and installed tiles and disenfected the locker room because there was a serious safety hazard with Racoons,Possums,mice,rats,mold and other terrible conditions however Giselle targeted myself and made many unnecesaary chinesse comments which is my hertige not Guyaness/black and i was the only one removed.

Outlook - levelleming@hotmail.com                                                                                           Page 1 of 1

New    Reply    Delete    Archive    Junk    Sweep    Move to    Categories                                    Levelle Ming

Search email

**Folders**
Inbox
Junk  69
Drafts  2
Sent
Deleted  19
New folder

**Quick views**
Documents
Flagged  2
Photos
Shipping updates
New category

Levelle Ming
Facebook Sign up
Twitter Sign up
Already on Facebook?
Already on Twitter?

## Griffin Lies Part 3

**Levelle Ming**  6/12/13
To: Levelle Ming

The Fact is i was not terminated by Griffin at any given time however i have not been issued any other assignment after being requested to work at Citiefield Arena and was not available that day which was requested by Theresa Mealing then Giselle requested me to work at same location prior to Theresa Mealing being informed within 5 minutes of my unavailability for that day which i requested Giselle do not call me unless she in doing schedules not dispatching.

On May 2,2013 Milagros confirmed i called which was said i did not call however i did not say i would be arriving in 15 minutes.

In response towards being called for future assignments i was called after being removed from site Surrey-co-op however it was said my Girlfriend answer the phone which is irrevelant and speculation on who the person was they could have been my Mother,Sister,Aunt,Friend anyone which happen one time it was stated as if it was a consistent matter i also recieved the message within 15 minutes and responded to the company.

I was offered another assignment because i didn't do anything to be terminated from the current site of Surrey however Griffin Security has convinetly not contacted me after learning of my complaint filed against them as well as the client.

https://snt143.mail.live.com/default.aspx?id=64855                                                                    7/17/2013